UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK AMBROSE WARE III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:21-cv-0203 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint February 2, 2021. ECF No. 1. On February 3, 2021, an order was issued stating that the parties' consent/decline forms were due by May 7, 2021. ECF No. 3. A minute order was issued staying the case pursuant to E.D. Cal. G.O. No. 615, except for service of the complaint and submission of consent/decline forms. The date to submit consent/decline forms has passed, and no forms have been filed. Further, there is no indication the complaint has been served.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than May 21, 2021, why this action

should not be dismissed for failure to prosecute;

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown;

3. The parties consent/decline forms shall be due June 16, 2021; and

4. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: May 11, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE