UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK AMBROSE WARE III, | No. 2:21-cv-0203 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed a complaint February 2, 2021. ECF No. 1. On February 3, 2021, an order was issued stating that the parties' consent/decline forms were due by May 7, 2021. ECF No. 3. A minute order was issued staying the case pursuant to E.D. Cal. G.O. No. 615, except for service of the complaint and submission of consent/decline forms. The date to submit consent/decline forms has passed, and no forms have been filed. The court issued an Order to Show Cause on May 12, 2021 informing plaintiff that if good cause was not shown for failure to serve defendant, this case would be dismissed for failure to prosecute. ECF No. 5. A new consent/decline date was set for June 16, 2021. Id. Plaintiff's counsel responded on May 21, 2021, stating that failure to timely serve was in error, that the necessary documents had been submitted to a private process server, and that a proof of service would be filed as soon as it was received. ECF No. 6. One

////

1

month later, no proof of service has been filed, the new consent/decline deadline has passed, and no action has been taken in this case.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than July 1, 2021, why this action should not be dismissed for failure to prosecute;
2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown;
3. The parties consent/decline forms shall be due August 11, 2021; and
4. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: June 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE