JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
FREDERICK K. AMBROSE WARE III

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| FREDERICK K. AMBROSE WARE III, | No.   2:21-cv-00203-AC(SS) |
| Plaintiff, | |
| | MOTION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

    Plaintiff Frederick Ware, through his undersigned counsel, moves the Court for an extension of time to January 17, 2022, to file his motion for reply brief.

    This is a first request. Opposing counsel has been contacted and does not object. Aside from other work, the undersigned has at least four other federal court briefs, including one for the Ninth Circuit, falling due between now and this proposed date.

[Pleading Title] - 1

Dated:   December 23, 2021                    /s/    *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment brief is GRANTED. Plaintiff's motion is due January 17, 2022.

SO ORDERED.

Dated: December 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE